IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**ISAAC MATTHEWS,**

    **Petitioner,**

v.                                                                     **Civil No. 2:08cv45**
                                                                      **(Judge Maxwell)**

**KUMA J. DeBOO, Warden,**

    **Respondent.**

## ORDER GRANTING MOTION FOR AN EXTENSION
## OF TIME TO PAY THE $5.00 FILING FEE

On February 13, 2008, the *pro se* petitioner was granted leave to proceed *in forma pauperis* but was required to pay the $5.00 filing fee within twenty (20) days. Currently pending before the Court is the petitioner's motion for an extension of time within which to pay the $5.00. Although the petitioner has given no reason for his request, the Court will **GRANT** his Motion (Doc. 7). Accordingly, the petitioner shall have an additional twenty (20) days from service of this Order to pay the $5.00 filing fee. **Failure to pay the $5.00 fee within the required time period will result in a recommendation that his case be dismissed**.

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to the *pro se* petitioner by certified mail, return receipt requested, to his last know address as reflected on the docket sheet.

Dated: March 4, 2008.

                                                   /s/ James E. Seibert
                                                 JAMES E. SEIBERT
                                                 UNITED STATES MAGISTRATE JUDGE